NUMBER 13-07-00547-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


THE LILITH NYSSA CORPORATION, Appellant,


v.



MARCO KURI D/B/A HI-TEC BUILDERS, Appellee.

 

_______________________________________________________


On Appeal from the 404th District Court 


of Cameron County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, The Lilith Nyssa Corporation, perfected an appeal from a judgment
entered by the 404th District Court of Cameron County, Texas, in cause number 2006-01-66-G. Appellant has filed a motion to withdraw its appeal on grounds that the parties have
reached an agreement to settle and compromise their differences. 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion is granted, and the appeal is hereby DISMISSED. The
costs are taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of the
parties, the court will tax costs against the appellant."). 

 Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.




 PER CURIAM

Memorandum Opinion delivered 

and filed this the 10th day of January, 2008.